**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| E.M., | : | |
| Petitioner, | : | |
| v. | : | Case No. 4:26-cv-1090-CDL-ALS |
| TODD BLANCHE, *et al.*, | : | |
| Respondents. | : | |

**ORDER**

On September 2, 2026, Respondent, Warden Jason Streeval, filed a Motion to Dismiss in response to Petitioner's application for habeas relief. (Doc. 4). Despite being notified of his right to file a response to the Motion to Dismiss (Doc. 5), Petitioner did not file a response. As of October 13, 2026, Petitioner's name does not appear on the U.S. Immigration and Customs Enforcement Online Detainee Locator System. U.S. Immigration & Customs Enforcement, https://locator.ice.gov/odls/#/search (last accessed October 13, 2026). Consequently, Respondent, Warden Streeval, is ordered to provide a status report with updated information regarding Petitioner's current location within **fourteen (14) days** of the date of this Order.

**SO ORDERED**, this 13th day of October, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE